UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
  DR. MOSAAB ELSHAER,                                                   :
                                                                       :
                                  Plaintiff,                            :            26-CV-1227 (JMF)
                                                                       :
              -v-                                                       :            ORDER
                                                                       :
  THE CITY UNIVERSITY OF NEW YORK et al.,                               :
                                                                       :
                                  Defendants.                           :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 1, 2026, Defendant City University of New York ("CUNY") filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **June 22, 206**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If CUNY files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If CUNY files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **June 22, 2026**. CUNY's reply, if any, shall be filed by **June 29, 2026.**

Finally, it is further ORDERED that the initial pretrial conference previously scheduled for June 11, 2026 is adjourned *sine die*. Moreover, in light of Plaintiff's non-opposition to CUNY's motion for a stay of discovery pending resolution of the motion to dismiss, that request is hereby GRANTED.

Plaintiff is ordered to serve a copy of this Order on any Defendants that have not yet appeared in this action and to file proof of service on ECF **within three business days of the date of this Order.**

The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

Dated: June 1, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge