UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

DR. MOSAAB ELSHAER,

Plaintiff,

-v-

THE CITY UNIVERSITY OF NEW YORK et al.,

Defendants.

---------------------------------------------------------------------- X

26-CV-1227 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In light of Defendant City University of New York's new motion to dismiss, *see* ECF No. 32, Defendant's earlier motion to dismiss filed at ECF No. 23 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **August 3, 2026**. Defendant's reply, if any, is due by **August 10, 2026**.

The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

Dated: July 21, 2026
New York, New York

JESSE M. FURMAN
United States District Judge